UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMAN DAWONE HOLMAN,<br>Plaintiff,<br>v.<br>WILLIAMS, *et al.*,<br>Defendants. | Case No. 2:26-cv-1639-JDP (P)<br><br>ORDER; FINDINGS AND RECOMMENDATIONS |

Plaintiff filed this action on April 27, 2026, without submitting either the filing fee or a completed application to proceed *in forma pauperis*. On July 2, 2026, I directed plaintiff to submit either the filing fee or a completed application within thirty days. ECF No. 6. I advised plaintiff that his failure to comply with the order would result in a recommendation that this action be dismissed for failure to prosecute. *Id.* at 1. More than thirty days have passed, and plaintiff has not complied with or otherwise responded to my order. I will recommend that this action be dismissed. Plaintiff shall have a final opportunity to comply with my order or explain why this action should not be dismissed during the fourteen-day objection period for these recommendations.

Accordingly, it is ORDERED that:

1. The Clerk of Court shall assign a district judge to this action.
2. Plaintiff's motion to appoint counsel, ECF No. 5, is DENIED as moot.

Further, it is RECOMMENDED that this action be DISMISSED for failure to prosecute and to comply with court orders.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: August 26, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE