UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMAN DAWONE HOLMAN,<br>Plaintiff,<br>v.<br>WILLIAMS, *et al.*,<br>Defendants. | Case No. 2:26-cv-1639-DJC-JDP (P)<br><br>ORDER |

On August 26, 2026, I entered findings and recommendations that this action be dismissed due to plaintiff's failure to pay the filing fee or submit a completed application to proceed *in forma pauperis*. ECF No. 7. Plaintiff objected and claimed that, due to being housed in a "CTC bed," he never received the *in forma pauperis* applications sent to him by the court. ECF No. 8. Out of an abundance of caution, I will give plaintiff a final opportunity to settle the filing fee.

It is ORDERED that:

1. The August 26, 2026, findings and recommendations, ECF No. 7, are VACATED.

2. The Clerk of Court shall send plaintiff an application to proceed *in forma pauperis* form with this order.

3. Within thirty days of this order's entry, plaintiff must file either a completed *in forma pauperis* application, including a copy of his prison trust account, or the $405 dollar filing

fee. If he fails to comply with this order, I will recommend that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: October 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE